FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUN DAM,<br><br>    Appellant,<br><br>    v.<br><br>MARK D. WALDRON, Chapter 7 Trustee,<br><br>    Appellee. | No. 2:21-CV-00291-SAB<br><br>2:22-CV-00040-SAB<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE APPEALS** |

Before the Court is Appellant's Unopposed Motion to Consolidate Appeals, ECF No. 18. The motion was considered without oral argument. Appellant is represented by Dennis McGlothin, Robert Cadranell, Thomas O'Reardon, and Timothy Blood. Appellee is represented by Pamela Egan.

Appellant requests that the Court formally consolidate two appeals pending before this Court: the above-captioned matter, Case No. 2:21-CV-00291-SAB, and Case No. 2:22-CV-00040-SAB. Appellant also requests that the Court grant him leave to file one consolidated opening brief. The Court finds good cause to grant the motion.

//
//
//
//

**ORDER GRANTING MOTION TO CONSOLIDATE APPEALS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Appellant's Unopposed Motion to Consolidate Appeals, ECF No. 18, is **GRANTED**.

2. The District Court Clerk **shall** consolidate Case No. 2:22-CV-00040-SAB into Case No. 2:21-CV-00291-SAB.

3. The District Court Clerk **shall** close Case No. 2:22-CV-00040-SAB.

4. The parties shall submit all further filings—including the consolidated briefing pursuant to the Court's briefing schedule, ECF No. 17—in Case No. 2:21-CV-00291-SAB.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 19th day of April 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO CONSOLIDATE APPEALS** # 2